IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL WILLIAM GRESHAM,** | CIV S-07-2192 GEB GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **R. J. SUBIA, Warden,** | |
| Respondent. | |

Respondent has requested a thirty (30) day extension of time in which to file Respondent's response to Petitioner's petition for writ of habeas corpus. GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including February 1, 2008, in which to file a response to Petitioner's petition for writ of habeas corpus.

Dated: 01/08/08

/s/ Gregory G. Hollows
U.S. Magistrate Judge

gres2192.po