IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL WILLIAM GRESHAM,** | CIV S-07-2192 GEB GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **R. J. SUBIA, Warden,** | |
| Respondent. | |

    Respondent filed a motion to dismiss the petition on February 1, 2008.  On February 20, 2008, petitioner pro se sought an extension of time to file his opposition, which motion was granted by Order filed on March 20, 2008.  In the interim, however, petitioner, on March 7, 2008, had filed an opposition, but had thereafter, on March 10, 2008, sought to know the status of his request for an extension of time.  On March 24, 2008, respondent requested a thirty-day extension of time in which to file a reply to petitioner's opposition to the motion to dismiss.

    The court will construe its previous grant of an extension of time as affording petitioner until April 19, 2008, to supplement his opposition.  At that time, whether petitioner has supplemented his opposition or not, respondent will have thirty days, or until May 19, 2008, to file a reply.

\\\\\

1  As herein modified, respondent's March 24, 2008, request for an extension of time to file a reply
2  granted.
3  IT IS SO ORDERED.
4  Dated: 04/01/08                    /s/ Gregory G. Hollows
                                       MAGISTRATE JUDGE

7  gres2192.po