IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL WILLIAM GRESHAM,

    Petitioner,                   No. CIV S-07-2192 GEB GGH P

    vs.

R.J. SUBIA, Warden,

    Respondent.                 <u>ORDER</u>

_____/

        Petitioner, a prisoner proceeding pro se, has filed a petition pursuant to 28 U.S.C. §2254. In reviewing respondent's motion to dismiss as barred by the AEDPA statute of limitations, filed on 2/01/08, and subsequent opposition and reply papers, the court finds it necessary to expand the record in order to resolve the question of the applicability of equitable tolling to the instant petition. <u>See</u> Rule 7 of the Rules Governing Section 2254 Cases in the United States District Courts. In an effort to resolve this matter expeditiously, the undersigned directed a member of his staff to contact by telephone, Russell Phillip Briesacker, Jr., the attorney petitioner had evidently retained as past habeas counsel. Mr. Briesacker has courteously agreed to provide the documentation commanded in the attached subpoena to be served by mail at his address as identified in the California Bar Association's website membership registration. The accompanying subpoena commands Mr. Briesacker to provide to this court for in camera

1

1  review documents dealing with all contacts between himself and petitioner, including all
2  correspondence between himself and petitioner and between himself and any party inquiring into
3  and contracting for his legal services on petitioner's behalf.[1] The documents are to be produced
4  to the court by no later than August 15, 2008.[2]

5        Accordingly, IT IS ORDERED that, in addition to serving this order and a copy of
6  the accompanying subpoena on respondent's counsel and petitioner, a copy of this order is to be
7  mailed, along with the attached subpoena, to:

8      Russell Phillip Briesacker, Jr.
    P.O. Box 2575
9      Anaheim, CA 92814.

10 DATED: July 24, 2008

13                                   GREGORY G. HOLLOWS
14                                   GREGORY G. HOLLOWS
                                  UNITED STATES MAGISTRATE JUDGE

GGH:009
gres2192.ord

---

[1] Copies of documents, authenticated by declaration, will be accepted in lieu of originals.

[2] The court will not file or utilize the documents absent an authorization for waiver of attorney-client privilege by petitioner. Should petitioner refuse to waive the privilege, the documents will be returned to counsel.