IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL WILLIAM GRESHAM,** | CIV S-07-2192 GEB GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **R. J. SUBIA, Warden,** | |
| Respondent. | |

Respondent has requested a twenty (20) day extension of time in which to file Respondent's objections to findings and recommendations filed September 4, 2008. GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including October 14, 2008, in which to file objections to the findings and recommendations.

Dated: 10/01/08                    /s/ Gregory G. Hollows

                                    United States Magistrate Judge

gres2192.eot