Krista Hart
Attorney At Law
State Bar No. 199650
428 J Street, Suite 350
Sacramento, CA  95814
Telephone: (916) 498-8398

Attorney for Petitioner
Michael Gresham

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRESHAM,<br><br>  Petitioner,<br><br>  v.<br><br>R.J. SUBIA, Warden,<br><br>  Respondent. | No. Civ.S. 07-2192 GEB GGH P<br><br>JOINT REQUEST TO RESET STATUS CONFERENCE AND ORDER |

    Petitioner Michael Gresham through his counsel Krista Hart, and respondent R.J. Subia, through their counsel, Deputy Attorney General Brian Smiley, hereby request the status conference currently set for November 20, 2008, be vacated and reset to January 8, 2009, at 10:00 a.m.

    Michael Gresham is a state petitioner with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On November 13, 2008, the Office of the Federal Defender asked me to represent petitioner in this case and filed the proposed substitution of attorney with the Court on November 17, 2008.  (Dkt 30.)

    The matter is currently set for a status conference on November 20, 2008.  As new counsel I need additional time to obtain the records and pleadings, review them and prepare for the hearing.  I have exchanged e-mail communications with counsel for respondent Brian Smiley and we have agreed to request the date of January 8, 2009, at 10:00 a.m.

1  Therefore, the parties request the status conference set for November 20, 2008, be
2  vacated and reset to January 8, 2009, at 10:00 a.m.

Respectfully submitted,

Dated:  November 20, 2008

 */s/ Krista Hart*
Krista Hart
Attorney for Petitioner
Michael Gresham

Dated:  November 20, 2008

 */s/ Brian Smiley*
Brian Smiley
Deputy Attorney General
Attorney for Respondent
R.J. Subia, Warden

## **O R D E R**

The status conference currently set for November 20, 2008, is vacated and reset to January 8, 2009.

DATED: 11/20/08

/s/ Gregory G. Hollows
_____
The Honorable Gregory G. Hollows
United States Magistrate Judge

gres2192.sc