```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  CAROLYN M. WIGGIN, Bar #182732
    Assistant Federal Defender
 3  801 "I" Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone:  (916) 498-5700

 5  Attorneys for Petitioner
    MICHAEL WILLIAM GRESHAM
 6

 7

 8               IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  MICHAEL WILLIAM GRESHAM,    )
                                )   No. CIV S-07-2192 GEB GGH P
12            Petitioner,       )
                                )
13            v.                )
                                )   ORDER
14  R.J. SUBIA, Warden,         )
                                )
15            Respondents.      )
                                )

16

17       Pursuant to this Motion for Substitution of Counsel and for the

18  reasons stated therein, IT IS HEREBY ORDERED that KRISTA HART shall be

19  substituted in as counsel for Petitioner in place of the Office of the

20  Federal Defender for the Eastern District of California.

21

22  Dated: November 20 , 2008         /s/ Gregory G. Hollows
                                      GREGORY G. HOLLOWS
23                                    United States Magistrate Judge

24  gres2192.sub
```