**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
(916) 498-5700 Fax: (916) 498-5710

Daniel J. Broderick
Federal Defender

Linda Harter
Chief Assistant Defender

December 15, 2008

Krista Hart
Attorney at Law
428 J St. #357
Sacramento, CA 95814

**FILED**

DEC 15 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Re:   **U.S. v. Michael William Gresham**
      **CIV,S-07-2192 GEB GGH**

Dear Ms. Hart:

This will confirm your appointment as counsel by the Honorable Kimberly J. Mueller, U.S. Magistrate Judge, to represent the above-named petitioner. You are attorney of record until such time as you are relieved or other action is taken to appoint a different attorney.

Enclosed is CJA 20 form, your Order of Appointment and Voucher for services rendered. Also enclosed is an instruction sheet discussing the use of the forms.

If we may be of any further assistance regarding the processing of the enclosed form, preparation of form CJA 21 for expert services, or in reference to any other matter pertaining to this case, please feel free to call upon us at any time.

Sincerely,

*/s/ Becky Darwazeh*

Becky Darwazeh
CJA - Legal Secretary

:bd
Enclosures

cc:   Clerk's Office

CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE<br>CAE | 2. PERSON REPRESENTED<br>Gresham, Michael William | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>2:07-002192-001 | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER | |
| 7. IN CASE/MATTER OF (Case Name)<br>Gresham v. Warden | 8. PAYMENT CATEGORY<br>Other | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions)<br>Habeas Corpus | |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS
Hart, Krista
428 J Street
Suite 357
Sacramento CA 95814

Telephone Number: (916) 731-8811

14. NAME AND MAILING ADDRESS OF LAW FIRM (only provide per instructions)

13. COURT ORDER
☒ O Appointing Counsel    ☐ C Co-Counsel
☐ F Subs For Federal Defender    ☐ R Subs For Retained Attorney
☐ P Subs For Panel Attorney    ☐ Y Standby Counsel

Prior Attorney's Name: _____
Appointment Date: _____

☐ Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case,
or
☐ Other (See Instructions)

*GREGORY G. HOLLOWS*
Signature of Presiding Judicial Officer or By Order of the Court
11/14/2008         Dec. 10, 2008
Date of Order         Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time of appointment. ☐ YES ☐ NO

| | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15. | a. Arraignment and/or Plea | | | | | |
| In Court | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| | d. Trial | | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | | | | | |
| | (Rate per hour = $ 100.00) TOTALS: | | | | | |
| 16. | a. Interviews and Conferences | | | | | |
| Out of Court | b. Obtaining and reviewing records | | | | | |
| | c. Legal research and brief writing | | | | | |
| | d. Travel time | | | | | |
| | e. Investigative and Other work (Specify on additional sheets) | | | | | |
| | (Rate per hour = $ 100.00) TOTALS: | | | | | |
| 17. | Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. | Other Expenses (other than expert, transcripts, etc.) | | | | | |
| | GRAND TOTALS (CLAIMED AND ADJUSTED): | | | | | |

19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE
FROM _____ TO _____

20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION

21. CASE DISPOSITION

22. CLAIM STATUS  ☐ Final Payment   ☐ Interim Payment Number ____   ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case? ☐ YES ☐ NO If yes, were you paid? ☐ YES ☐ NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation? ☐ YES ☐ NO If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney: _____    Date: _____

APPROVED FOR PAYMENT - COURT USE ONLY

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR / CERT |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | DATE | | 28a. JUDGE / MAG. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | DATE | | 34a. JUDGE CODE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL WILLIAM GRESHAM,

        Petitioner,               No. CIV S-07-2192 GEB GGH P

    vs.

R.J. SUBIA, Warden,

        Respondent.            ORDER

_____/

        Petitioner is a state prisoner proceeding pro se on application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 4, 2008, the undersigned filed findings and recommendations wherein it was recommended that respondent's February 1, 2008, motion to dismiss the petition as barred by the AEDPA statute of limitations be denied. On October 2, 2008, the court granted respondent an extension of time to file objections. Thereafter, respondent sought a second extension of time which, although approved by the undersigned, was not docketed at the time due to an apparent administrative error. Thus, the court now grants respondent's second request for an extension of time nunc pro tunc and deems respondent's November 3, 2008, objections timely.

        Chief among respondent's objections to the findings and recommendations appears to be that the undersigned, after having obtained attorney-client records in order to

1  determine whether or not equitable tolling should be granted based on the conduct of petitioner's
2  retained state habeas attorney, expanded the record and sealed the records without providing
3  respondent access to them. Respondent's counsel also objected, although he would appear to
4  have no standing to do so, to the court's having used the documents submitted by petitioner's
5  state habeas counsel without having found that petitioner expressly waived the attorney-client
6  privilege. The court notes that in setting forth the basis for its finding that petitioner was entitled
7  to equitable tolling based on the documentation produced to the court for in camera review, the
8  undersigned took care to not set forth details which might implicate the privilege.
9  Notwithstanding, based on respondent's objections, the court will now withdraw the pending
10 Findings and Recommendations, while it will be directed that the Order portion of the court's
11 September 4, 2008, filing is to remain in full effect.
12             In addition, in light of the complexity of the legal issues involved, the court has
13 determined that the interests of justice require appointment of counsel. See 18 U.S.C. §
14 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).
15             Accordingly, IT IS ORDERED that:
16             1. Respondent's second request for an extension of time, filed on October 14,
17 2008 (# 27), to file objections to the September 9, 2008, findings and recommendations is
18 granted, nunc pro tunc, and respondent's November 3, 2008 (# 28), objections are deemed timely
19 filed;
20             2. The Findings and Recommendations, filed on September 9, 2008 (# 23), are
21 hereby vacated, *but the Order portion of docket # 23, sealing documents filed at docket entry #*
22 *24, remains in effect*;
23             3. The Federal Defender is appointed to represent petitioner.
24             4. The Clerk of the Court is directed to serve a copy of this order on Carolyn
25 Wiggin, Assistant Federal Defender.
26 \\\\\

1    5. Petitioner's counsel shall contact the Clerk's Office to make arrangements for
2    copies of documents in the file.
3    6. A status conference is set for November 20, 2008, at 10:00 a.m., in Courtroom
4    # 24.
5    7. All parties shall appear at the status conference by counsel.
6    DATED: November 7, 2008

　　　　　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows

　　　　　　　　　　　　　　　　　　　　　　GREGORY G. HOLLOWS
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

GGH:009
gres2192.vac+

3