1  Krista Hart
   Attorney At Law
2  State Bar No. 199650
   428 J Street, Suite 350
3  Sacramento, CA  95814
   Telephone: (916) 498-8398
4
   Attorney for Petitioner
5  Michael Gresham

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRESHAM, ) | No. Civ.S. 07-2192 GEB GGH P |
| Petitioner, ) | |
| v. ) | |
| R.J. SUBIA, Warden, ) | |
| Respondent. ) | |
| _____ ) | **ORDER** |

GOOD CAUSE APPEARING, the Clerk of the Court is ordered to make the documents ordered sealed on September 4, 2008, available to current counsel, Krista Hart, or her representative, Attorney's Diversified Services (copying service), to review and to make copies of the records. The documents will remain sealed for all other purposes.

DATED: 01/07/09

/s/ Gregory G. Hollows

_____

The Honorable Gregory G. Hollows

United States Magistrate Judge