```
 1  Krista Hart
    Attorney At Law
 2  State Bar No. 199650
    428 J Street, Suite 350
 3  Sacramento, CA  95814
    Telephone: (916) 498-8398
 4
    Attorney for Petitioner
 5  Michael Gresham
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRESHAM, ) | No. Civ.S. 07-2192 GEB GGH P |
| ) | |
| Petitioner, ) | |
| ) | JOINT REQUEST TO RESET STATUS |
| v. ) | CONFERENCE |
| ) | |
| R.J. SUBIA, Warden, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

    Petitioner Michael Gresham through his counsel Krista Hart, and respondent R.J. Subia, through their counsel, Deputy Attorney General Brian Smiley, hereby request the status conference currently set for January 8, 2009, be vacated and reset to January 22, 2009, at 10:00 a.m.

    Michael Gresham is a state petitioner with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On November 13, 2008, the Office of the Federal Defender asked me to represent petitioner in this case and filed the proposed substitution of attorney with the Court on November 17, 2008.  (Dkt 30.)

    The matter is currently set for a status conference on January 8, 2009.  Counsel for petitioner has reviewed the pleadings filed in the case.  However, the materials filed under seal are currently unavailable.  A request for access to the documents has been filed with the Court. The parties have exchanged e-mail communications have agreed to request the date of January22, 2009, at 10:00 a.m.

Therefore, the parties request the status conference set for January 8, 2009, be vacated and reset to January 22, 2009, at 10:00 a.m.

Respectfully submitted,

Dated: January 13, 2009

    */s/ Krista Hart*
Krista Hart
Attorney for Petitioner
Michael Gresham

Dated: January 13, 2009

    */s/ Brian Smiley*
Brian Smiley
Deputy Attorney General
Attorney for Respondent
R.J. Subia, Warden

## **O R D E R**

The status conference currently set for January 8, 2009, be vacated and reset to January 22, 2009, at 10:00 a.m.

DATED: January 13, 2009

/s/ Gregory G. Hollows
_____
The Honorable Gregory G. Hollows
United States Magistrate Judge

gres2192.eot