IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL WILLIAM GRESHAM,

    Petitioner,               No. CIV S-07-2192 GEB GGH P

    vs.

R.J. SUBIA, Warden,

    Respondent.          ORDER

_____/

        Pursuant to the status conference held before the undersigned on 1/22/09, petitioner's counsel has reviewed the documents filed under seal and submitted a statement, as of 2/23/09, indicating that petitioner waives the privilege with regard to most of the 121 pages under seal, with specific pages identified for which petitioner seeks to maintain the attorney-client privilege. See docket # 41, p. 2 & note 1.

        Petitioner has requested a protective order to limit those with whom the Attorney General might share the documents for which the attorney-client privilege is waived for this proceeding herein, including requesting that all copies but one be destroyed and that single copy be maintained under seal, accessible only by way of court order, which protective order is issued concurrently herewith. See Bittaker v. Woodford, 331 F.3d 715 (9th Cir. 2003).

\\\\\

1

Accordingly, IT IS ORDERED that:

1. Petitioner must, forthwith, serve respondent with the pages of the documents filed under seal for which petitioner has waived the attorney-client privilege;

2. Following his review of the redacted material, respondent must inform the court, by 3/09/09, of his position with regard to the Findings and Recommendations that have been vacated pursuant to respondent's objections.

DATED: February 26, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
gres2192.prd