Krista Hart
Attorney At Law
State Bar No. 199650
428 J Street, Suite 350
Sacramento, CA  95814
Telephone: (916) 498-8398

Attorney for Petitioner
Michael Gresham

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL GRESHAM, | ) | No. Civ.S. 07-2192 GEB GGH P |
| Petitioner, | ) | |
| v. | ) | |
| | ) | PROTECTIVE ORDER |
| R.J. SUBIA, Warden, | ) | |
| Respondent. | ) | |
| | ) | |

With the exception of court filings, The Attorney General shall not disseminate the 121 pages of materials filed under docket entry number 24, provided to the Attorney General by counsel for petitioner, to anyone other than the attorneys in the Attorney General's office assigned to the case and any support staff in the Attorney General's office assigned to assist in preparation of the case. Court filings containing the above referenced documents, or verbatim recitations thereof, shall be filed under seal.  With the exception below, at the conclusion of the above-described litigation (including any appeals), respondent shall cause all copies of the documents released to be destroyed.  A single copy of the documents may be retained in

1   counsel's file, in a sealed condition, advising on the outside of the envelope that the contents are

2   subject to a court approved protective order.

3   DATED: February 26, 2009

4                                                         /s/ Gregory G. Hollows

5

6                                                 The Honorable Gregory G. Hollows
                                                United States Magistrate Judge

7   gres2192.po

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28