IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL WILLIAM GRESHAM,

        Petitioner,                       No. CIV S-07-2192 GEB GGH P

    vs.

R.J. SUBIA, Warden,

        Respondent.           ORDER

_____/

        By Order, filed on 2/26/09, respondent was directed, following review of the material described in the Order, to inform the court of respondent's position with regard to the Findings and Recommendations that had been vacated pursuant to respondent's objections. In a timely request, filed on 3/09/09, respondent's counsel seeks to withdraw his previous objections, which request this court hereby grants.

        Accordingly, IT IS ORDERED that:

        1. Respondent's request, filed on 3/09/09 (docket # 44), to withdraw the objections, filed on 11/07/08 (# 28) to the Findings and Recommendations, originally filed on 9/04/08 (# 23), is granted;

        2. The Findings and Recommendations, filed on 9/04/08 (# 23), but subsequently vacated by Order, filed on 11/07/08 (# 29), are reinstated as of the filing date of this Order; and

1

1  3. The parties are granted five days to file any objections to the reinstated
2 Findings and Recommendations; any reply is due within five days thereafter; and the parties are
3 advised that failure to file objections within the specified time may waive the right to appeal the
4 District Court's Order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991). [1]
5 DATED: 03/10/09

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
gres2192.ord

---

[1] Given the circumstances, the court does not anticipate objections at this point.