IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL WILLIAM GRESHAM,

    Petitioner,                    2:07-cv-2192-GEB-GGH-P

  vs.

R.J. SUBIA, Warden,

    Respondent.                 ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On September 4, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties. The findings and recommendations were vacated but then reinstated per order filed March 10, 2009 (docket #45). The parties were granted five days to file any objections to the reinstated Findings and Recommendations. Neither party has filed objections to the findings and recommendations.

///

///

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, originally filed on September 4, 2008 (docket #23), thereafter vacated on November 7, 2008 (# 29), but subsequently reinstated by Order, filed on March 10, 2009 (# 45), are adopted in full;

2. Respondent's February 1, 2008 (#11), motion to dismiss the petition as barred by the AEDPA statute of limitations is denied; and

3. Respondent shall file an answer within thirty days of the filed date of this order.

Dated: March 24, 2009

GARLAND E. BURRELL, JR.
United States District Judge